**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1261**

---

GEORGE E. PICKETT,

                              Plaintiff - Appellant,

        versus

WASHINGTON MUTUAL BANK FA; WILLIAM WALT
PETTIT; W. J. KELLAM, JR.; KELLAM & PETTIT,
PA,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (CA-03-45-7)

---

Submitted: November 23, 2005          Decided: December 16, 2005

---

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George E. Pickett, Appellant Pro Se. John Weldon O'Tuel, III, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina; Vaiden Pearson Kendrick, Wilmington, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George E. Pickett appeals from the district court's order granting summary judgment in favor of the defendants on his civil action arising out of a lengthy dispute with his mortgage lender. Our review of the record, including the district court's thorough opinion, discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Pickett v. Washington Mutual Bank, No. CA-03-45-7 (E.D.N.C. Feb. 2, 2005). We deny Pickett's motion for injunction and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED